IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Sylvia Brown, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:11-cv-3543-RMG |
| vs. ) | |
| ) | |
| Pathology Service Associates, LLC, ) | **ORDER** |
| ) | |
| Defendant. ) | |

This matter comes before the Court on motion by Defendant Pathology Service Associates, LLC, for summary judgment in this employment discrimination action. (Dkt. No. 34). After careful review, the Court dismisses this action with prejudice.

This action was originally filed on December 29, 2011. (Dkt. No. 1). Pursuant to 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2), DSC, this case was assigned to a Magistrate Judge. Though Plaintiff was initially represented by counsel, her counsel was granted leave to withdraw on May 16, 2012. (Dkt. No. 16). Since then, Plaintiff has proceeded *pro se*.

On March 25, 2013, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that this action "be dismissed *with prejudice* for lack of prosecution and for failure to comply with this Court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the factors outlined in *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982)." (Dkt. No. 39 at 1–2). Plaintiff failed to file any objections to that R&R.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court.

*Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). Nevertheless, in the absence of specific objections to the R&R, this Court need not give any explanation for adopting the Magistrate Judge's analysis and recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

The Court has reviewed the Magistrate Judge's analysis and concludes that it correctly applies the applicable law to the operative facts. In particular, the Court notes that, despite repeated entreaties and direct instructions by the Magistrate Judge, Plaintiff has not filed any pleading since June 15, 2012, when she originally expressed her desire to proceed *pro se*. (Dkt. No. 20).

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation, GRANTS Defendant Pathology Service Associates, LLC's motion for summary judgment, (Dkt. No. 34), and dismisses this action with prejudice.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
April 16, 2013